[No. 53964-7-I.  Division One.  November 28, 2005.]

MIKEL HERNANDEZ ET AL., *Appellants*, v. KIM BRADY
CARPENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-12084-9, Michael S. Spearman, J., entered
February 19, 2004. *Reversed* by unpublished opinion per
Schindler, J., concurred in by Appelwick, A.C.J., and
Becker, J.

[No. 54386-5-I.  Division One.  November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX UNDRAE PAUL
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 03-1-02023-5, David F. Hulbert, J.,
entered June 9, 2004. *Affirmed in part, reversed in part*, and
*remanded* by unpublished per curiam opinion.

[Nos. 54420-9-I; 54425-0-I.  Division One.  November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD GLEN
BROWN, *Appellant*.

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00054-1, David F. Hulbert, J.,
entered May 18, 2004. *Affirmed* by unpublished per curiam
opinion.

[No. 54461-6-I.  Division One.  November 28, 2005.]

MARK WEINBERG, *Appellant*, v. GEORGE BROOKINGS,
*Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 03-2-00505-0, David A. Nichols, J.,
entered June 18, 2004. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Appelwick, A.C.J., and
Coleman, J.